IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


REYDEL SANTOS                                              PLAINTIFF

VS.                               CIVIL ACTION NO. 5:04-cv-58(DCB)(JMR)

U.S. BUREAU OF PRISONS                                     DEFENDANT


FINAL JUDGMENT

This cause having come before the Court on the defendant U.S. Bureau of Prisons's motions for summary judgment, and the motions having been granted as to all remaining claims in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of March, 2006.


                                S/DAVID BRAMLETTE
                                UNITED STATES DISTRICT JUDGE